Alstate Process Service Inc.
60 BURT DRIVE
DEER PARK, NEW YORK 11729
631/667-1800

CASE # THE REPUBLIC 0329
Date Received: 08/28/07

UNITED STATES DISTRICT COURT
COUNTY OF

INDEX NO.: 07CIV6426 (TPG)

ERNST RITOPER

                             Plaintiff(s)

              *against*

THE REPUBLIC OF ARGENTINA

                             Defendant(s)

AFFIDAVIT OF SERVICE

STATE OF NEW YORK, COUNTY OF SUFFOLK ss.:

MELVIN ROLFE being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in The State of New York

That on 08/28/07 3:58 PM at 225 PARK AVENUE NEW YORK, NY 10169 deponent served the within SUMMONS AND COMPLAINT, NOTICE OF ASSIGNMENT,* bearing Index# 07CIV6426 & filing date 07/16/07 on THE REPUBLIC OF ARGENTINA C/O BANCO DE LA NACION ARGENTINA

defendant therein named,

**INDIVIDUAL** ☐ by delivering thereat a true copy of each to said defendant personally; deponent knew said person so served to be the person described as said defendant therein. (S)He identified (her) himself as such.

**CORPORATION** ☒ a BANK AGENCY, by delivering thereat a true copy of each to ROBERTO H. BARRIENTOS personally; deponent knew said BANK AGENCY so served to be the BANK AGENCY described as the named defendant and knew said individual to be the VICE PRESIDENT thereof an authorized person to accept service of process

**SUITABLE AGE PERSON** ☐ by delivering thereat a true copy of each to a person of suitable age and discretion. That person was also asked by deponent whether said premises was the defendant's and the reply was affirmative.

**AFFIXING TO DOOR, ETC.** ☐ by affixing a true copy of each to the door of said premises, which is defendant's within the state. Deponent was unable, with due diligence to find defendant or a person of suitable age and discretion thereat, having verified defendant's with and having called there on

*INDIVIDUAL PRACTICES OF JUDGE THOMAS P. GRIESA AND INDIVIDUAL PRACTICES OF MAGISTRATE GABRIEL W. GORENSTEIN

**MAILING** ☐ On deponent also enclosed a copy of same in a postpaid sealed wrapper properly addressed to defendant at defendant's and deposited said wrapper in a post office of the United States Postal Service within New York State.

**DESCRIPTION** Deponent describes the individual served to the best of deponent's ability at the time and circumstances of service as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx.) |
|---|---|---|---|---|---|
| MALE | TAN | BLACK | 50 | 5'5 | 165 |

**USE IN NYC CIVIL CT.** ☐ Other identifying features:

The language required by NYCRR 2900.2(e), (f) & (h) was set forth on the face of said summons(es).

**MILITARY SERVICE** ☐ I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or federal statutes.

SWORN TO BEFORE ME ON 8/29/07

KERRYANNE YETKOFSKY
Notary Public, State of New York
No. 01YE6024216
Qualified in Nassau County
Commission Expires May 3, 20__

MELVIN ROLFE
LICENSE NO. 0916782

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

ERNST RITOPER,

    Plaintiff,

V.

THE REPUBLIC OF ARGENTINA,

    Defendant.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: **07 CIV 6426**

TO: (Name and address of Defendant)

    The Republic of Argentina
    c/o Banco de la Nacion Argentina
    New York Branch
    225 Park Avenue, 3rd Floor
    New York, New York  10169

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    Michael C. Lambert, Esq.
    Gilmartin, Poster & Shafto LLP
    845 Third Avenue
    New York, New York 10022

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

_Marcos Quintero_ (signature)

(By) DEPUTY CLERK

DATE    JUL 1 6 2007