UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
: 
ERNST RITOPER, :
: 07 Civ. 6426 (TPG)
                               Plaintiff, :
:
              -against- : **CERTIFICATE OF SERVICE**
:
THE REPUBLIC OF ARGENTINA, :
:
                           Defendant. :
:
------------------------------------------------------------------------ X

        I, Richard V. Conza, an attorney admitted to practice in the State of New York and the Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

        1. On the 29th day of October 2007, the Answer, dated October 29, 2007 is being served by First Class Mail upon:

>  Michael C. Lambert, Esq.
>  Gilmartin, Poster & Shafto LLP
>  845 Third Avenue
>  New York, New York 10022

        2. This service is being made an assistant managing clerk of this firm under my general supervision.

Dated:  New York, New York
          October 29, 2007

                                                               s/Richard V. Conza
                                                                 Richard V. Conza