UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
ERNST RITOPER,                                        :        07 Cv. 6426 (TPG)
                                                                      ECF Case
                Plaintiff,                        :

   - against -                                         :        **NOTICE OF MOTION
                                                                      FOR SUMMARY
THE REPUBLIC OF ARGENTINA,                :        JUDGMENT**

                Defendant.                       :
-----------------------------------------------------------x

     PLEASE TAKE NOTICE that, upon the annexed declaration of Ernst Ritoper, dated January 14, 2008, and the affidavit of Michael C. Lambert, sworn to February 11, 2008, and all prior pleadings and proceedings herein, plaintiff Ernst Ritoper will make a motion before the Honorable Thomas P. Griesa at the United States Courthouse, 500 Pearl Street, New York, New York for entry of an order, pursuant to Rule 56 of the Federal Rules of Civil Procedure, granting plaintiff summary judgment in the full amount due under the bond that forms the subject matter of this litigation on the ground that there is no genuine issue as to any material fact and that plaintiff is entitled to a judgment as a matter of law, and granting such other and further relief as the Court deems just and proper.

Dated:  New York, New York
          February 11, 2008

                                              GILMARTIN, POSTER & SHAFTO LLP

                                              By: /s/ Michael C. Lambert
                                                  Michael C. Lambert (ML-3408)
                                            845 Third Avenue
                                            New York, New York  10022
                                            (212) 425-3220
                                            Attorneys for Plaintiff Ernst Ritoper

{00019136.DOC}

TO:  Jonathan I. Blackman, Esq.
Carmine D. Boccuzzi, Esq.
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York  10006
Attorneys for Defendant Republic of Argentina